| | | | |
|---|---|---|---|
| Com. v. Saunders .. | 04/20/2016038 EAL (2016) | Denied | Pa.Super., 135 A.3d 646 |
| Com. v. Seaton ..... | 04/21/2016957 MAL (2015) | Denied | Pa.Super., 134 A.3d 97 |
| Com. v. Skibber .... | 04/20/2016748 MAL (2015) | Denied | Pa.Super., 134 A.3d 490 |
| Com. v. Somwang Laos Kakhankham | 05/03/2016900 MAL (2015) | Denied | Pa.Super., 132 A.3d 986 |
| Com. v. Spriggs .... | 05/11/2016909 MAL (2015) | Denied | Pa.Super,, 134 A.3d 482 |
| Com. v. Stevens [27] .. | 05/04/201626 MAL (2016) | Denied | Pa.Super., 135 A.3d 655 |
| Com. v. Stockton [28] | 04/20/2016014 MAL (2016) | Denied | Pa.Super., 135 A.3d 650 |
| Com. v. Straughters | 05/10/201633 WAL (2016) | Denied | Pa.Super., 136 A.3d 1026 |
| Com. v. Sult ....... | 05/03/2016987 MAL (2015) | Denied | Pa.Super., 134 A.3d 506 |
| Com. v. Talbert [29] ... | 05/03/201620 EAL (2016) | Denied | Pa.Super., 129 A.3d 536 |
| Com. v. Valentine .. | 05/03/2016761 MAL (2015) | Denied | Pa.Super., 133 A.3d 64 |
| Com. v. Weaver [30] .. | 05/11/2016967 MAL (2015) | Denied | Pa.Super., 134 A.3d 502 |
| Com. v. Willock [31] .. | 05/09/201637 EAL (2016) | Denied | Pa.Super., 135 A.3d 667 |

27. Justice WECHT did not participate in the consideration or decision of this matter.

28. Justice WECHT did not participate in the consideration or decision of this matter.

29. Justice DONOHUE did not participate in the consideration or decision of this matter.

30. Justice WECHT did not participate in the consideration or decision of this matter.

31. Justice DONOHUE did not participate in the consideration or decision of this matter.